UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRAIDEN WILSON, | CASE NO. 2:26-cv-00727-LK |
| Petitioner, | ORDER DIRECTING SERVICE AND ANSWER, 28 U.S.C. § 2255 PETITION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter comes before the Court on Petitioner Braiden Wilson's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Dkt. No. 1. After a preliminary review of the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the court hereby ORDERS:

(1) **Service.** Electronic posting of this order, Mr. Wilson's motion, and all documents in support thereof shall constitute effective service upon the United States Attorney. The Clerk shall also direct a copy of this order to Mr. Wilson.

(2) **Government's Answer.** Within forty-five (45) days after this Order is posted, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing

ORDER DIRECTING SERVICE AND ANSWER - 1

Section 2255 Proceedings. As a part of such Answer, the United States shall state its position as to whether an evidentiary hearing is necessary, whether there is any issue as to abuse or delay under Rule 9, whether Mr. Wilson's motion is barred by the statute of limitations, and whether any of his claims are waived by his plea agreement. The United States shall file the Answer with the Clerk and serve a copy on Mr. Wilson. The United States shall note the Answer for consideration on the 28th day after the filing date ("the noting date").

**(3) Petitioner's Reply.** Mr. Wilson may file and serve a reply brief no later than the noting date.

**(4) Filing and Service by Parties Generally.** All attorneys admitted to practice before this court are required to file documents electronically via the Court's CM/ECF system. All non-attorneys, such as pro se parties and/or prisoners, may continue to file a paper original of any document for the Court's consideration.

A party filing a paper original does not need to file a hardcopy for chambers. All filings, whether filed electronically or in traditional paper format, must indicate in the upper right-hand corner the name of the judge to whom the document is directed. Additionally, any document filed with the Court must be accompanied by proof that it has been served on all parties that have appeared in the matter.

**(5) Motions.** Any request for Court action shall be set forth in a motion, properly served on all parties and filed with the Court. Pursuant to Local Civil Rule 7(b), any argument offered in support of the motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's calendar pursuant to Local Civil Rule 7(d).

ORDER DIRECTING SERVICE AND ANSWER - 2

**(6) No Direct Communication with Judge.** No direct communication is to take place with the assigned Judge regarding to this case. All relevant information and papers are to be directed to and filed with the Clerk.

Dated this 5th day of March, 2026.

Lauren King
United States District Judge

ORDER DIRECTING SERVICE AND ANSWER - 3