Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRAIDEN WILSON,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

NO. 2:26-CV-0727-LK

[PROPOSED]
ORDER GRANTING GOVERNMENT'S
MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER

The Court, having reviewed the United States' motion to extend by 60 days the time to file an answer to the petitioner's *pro se* motion under 28 U.S.C. § 2255, *finds good cause and* states that IT IS HEREBY ORDERED that the motion is GRANTED. The United States may file its answer to petitioner's motion on or before June 19, 2026.

DATED this __16th__ day of April, 2026.

_____
LAUREN KING
United States District Court Judge

Presented by:
*/s Casey S. Conzatti*
CASEY S. CONZATTI
Assistant United States Attorney

[PROPOSED] ORDER GRANTING
MOTION FOR EXTENSION - 1
*Wilson v. United States*, 26-cv-727-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 552-7970